1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  )
12 |                      Plaintiff,  ) CR 91-1013-RGK
13 |             v.                   ) ORDER OF DETENTION AFTER HEARING
14 | Larry Bates Coker                ) (18 U.S.C. § ~~3142(i)~~)
15 |                      Defendant.  ) 3143
16 |_____)

17                                    I.

18  A. ( ) On motion of the Government involving an alleged

19      1. ( )  crime of violence;

20      2. ( )  offense with maximum sentence of life imprisonment or death;

21      3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more
22              years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23      4. ( )  felony - defendant convicted of two or more prior offenses described above;

24      5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or
25              possession or use of a firearm or destructive device or any other dangerous weapon,
26              or a failure to register under 18 U.S.C § 2250.

27  B. (✓) On motion (✓)(by the Government) / ( ) (by the Court sua sponte involving)

28  ///

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                    Page 1 of 3

1. 1. (✓) serious risk defendant will flee;
2. 2. ( ) serious risk defendant will
3.    a. ( ) obstruct or attempt to obstruct justice;
4.    b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.
5.                                II.
6. The Court finds no condition or combination of conditions will reasonably assure: *[handwritten: on the present requirement]*
7. A. (✓) appearance of defendant as required; and/or
8. B. (✓) safety of any person or the community.
9.                                III.
10. The Court has considered:
11. A. (✓) the nature and circumstances of the offense, including whether the offense is a crime of
12.    violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance,
13.    firearm, explosive, or destructive device;
14. B. (✓) the weight of evidence against the defendant;
15. C. (✓) the history and characteristics of the defendant;
16. D. (✓) the nature and seriousness of the danger to any person or to the community.
17.                                IV.
18. The Court concludes:
19. A. (✓) Defendant poses a risk to the safety of other persons or the community because:
20. _prior record; pending bank_
21. _robbery charge_
22. _____
23. _____
24. _____
25. _____
26. ///
27. ///
28. ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                                 Page 2 of 3

1  B. (✓) History and characteristics indicate a serious risk that defendant will flee because:
2  _nature of allegations in petition;_
3  _lack of bail-relevant information_
4
5
6
7

8  C. ( ) A serious risk exists that defendant will:
9     1. ( ) obstruct or attempt to obstruct justice;
10    2. ( ) threaten, injure or intimidate a witness/ juror, because:
11
12
13
14
15
16

17 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
18     provided in 18 U.S.C. § 3142 (e).
19 IT IS ORDERED that defendant be detained prior to trial. _without prejudice_
20 IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
21 facility separate from persons awaiting or serving sentences or person held pending appeal.
22 IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
23 consultation with his counsel.
24
25
26 DATED: __6/9/14__                    _____
27                                     U.S. MAGISTRATE / DISTRICT JUDGE
28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                    Page 3 of 3